**UNITED STATES of America, Plaintiff—Appellee,**

v.

**John R. POWELL, Defendant— Appellant.**

No. 04–50342.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 12, 2005.*

Decided Sept. 16, 2005.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Michael R. Wilner, Esq., USLA—Office of the U.S. Attorney Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

James M. Crawford, Esq., Orange, CA, for Defendant–Appellant.

Before: REINHARDT, RYMER and HAWKINS, Circuit Judges.

MEMORANDUM **

John R. Powell appeals his 15–month sentence imposed following a guilty plea to two counts of wire fraud. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we remand for resentencing.

---

** This disposition is not appropriate for publication and may not be cited to or by the

Powell was sentenced before the Supreme Court issued its decision in *United States v. Booker,* —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). Because we cannot reliably determine from the record whether the sentence imposed would have been materially different had the district court known that the Guidelines were advisory, we remand to the sentencing court to answer that question, and to proceed pursuant to *United States v. Ameline,* 409 F.3d 1073, 1084 (9th Cir.2005) (en banc). *See United States v. Moreno–Hernandez,* 419 F.3d 906 (9th Cir.2005) (extending the *Ameline* remand to cases involving nonconstitutional *Booker* error).

REMANDED.

---

courts of this circuit except as provided by 9th Cir. R. 36–3.

